UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Raynard Tipton<br>    Alfreda McEwen-Tipton<br>          Debtor(s) | Case No. 12 B 15103 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/13/2012.

2) The plan was confirmed on  NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 09/26/2012.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $2,200.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,200.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $18.66 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $88.89 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $107.55

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Acct Recov | Unsecured | 1,403.00 | NA | NA | 0.00 | 0.00 |
| Acct Recov | Unsecured | 1,078.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Systems | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Advance Cash America | Unsecured | 994.63 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Beta Finance Co | Unsecured | 5,092.00 | NA | NA | 0.00 | 0.00 |
| BMG Music Service | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Cingular Wireless | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Columbia House | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| Comm Home Fin | Unsecured | 12,929.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 16,059.00 | 3,127.30 | 9,593.15 | 1,487.85 | 0.00 |
| Credit Protection Association | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Evans Loewenstein Shimanovsky & Mosc | Unsecured | 940.00 | NA | NA | 0.00 | 0.00 |
| First Credit Corporation | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| First Investors Servicing Corp | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 19,400.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 19,400.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 189,257.00 | 161,579.96 | 161,579.96 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 189,257.00 | 24,946.74 | 27,473.37 | 0.00 | 0.00 |
| Keith S Shindler Ltd | Unsecured | 973.00 | NA | NA | 0.00 | 0.00 |
| Lippinciott Williams & Wilkins | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Marquette Consumer Finance | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| MCI Worldcom | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| NCO Financial Services Inc | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nicor Gas | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Phyllis Drewitt | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PLS Payday Loan Store | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| Progressive Finance | Unsecured | NA | 741.86 | 741.86 | 0.00 | 0.00 |
| Progressive Finance | Secured | 1,418.22 | 1,418.22 | 1,418.22 | 604.60 | 0.00 |
| Qwest Communications Corporation | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Readers Digest | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| SBC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Silverleaf Resorts Inc | Secured | 7,000.00 | 5,230.43 | 5,230.43 | 0.00 | 0.00 |
| South Shore Hospital | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 1,461.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 2,216.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy Healthcare | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| U S Cellular | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| VHS Of Illinois Inc | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/Express | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| WOW Internet & Cable | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| Wyndham Discovery Vacations | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $161,579.96 | $0.00 | $0.00 |
| Mortgage Arrearage | $27,473.37 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $16,241.80 | $2,092.45 | $0.00 |
| **TOTAL SECURED:** | **$205,295.13** | **$2,092.45** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$741.86** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $107.55 |
| Disbursements to Creditors | $2,092.45 |
| **TOTAL DISBURSEMENTS** : | **$2,200.00** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/27/2013          By: /s/ Marilyn O. Marshall
                                                     Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**